# EXHIBIT 1

## AFFIDAVIT OF RUTH RAY

Comes the Affiant, Ruth Ray, and after being first duly sworn, hereby states as follows:

1) My name is Ruth Ray.
2) I am 59 years old.
3) I live in Mount Washington Kentucky and work at Vivid Impact, a printing company.
4) I work at Vivid Impact as a shipper. My primary job responsibility is serving my primary client, Kindred Healthcare, by ensuring that their materials are shipped accurately and timely. I earn $15 per hour at my job.
5) I used to get a lot of overtime at my job, but work was reduced in April of last year to only 40 hours a week. Before that, I was working 12 hour days regularly.
6) When I refinanced my home at the beginning of last year (2019), my mortgage payment went from $750 a month to $940 per month.
7) After my mortgage payments went up and my hours at work went down, I was afraid that I wouldn't be able to keep up with the mortgage payments.
8) Looking for help with my mortgage payments, I paid Open Sky Legal Services approximately $4000 for help applying for a loan modification with my mortgage servicing company, AmeriHome Mortgage Company, LLC.
9) Keeping my home is important to me for a number of reasons.
10) First, this home was the home that my Mom and Dad lived in when they were still alive. A few years ago I moved in to help with my Dad in his final years with us.
11) Second, my brother has been living with me for the last couple of years, so losing the home would mean both of us having to find new places to live.
12) Third, I used my 1/4 share of the inheritance from my parents to buy this house from my two sisters and one brother. I have equity in my home, and that equity is one of the only assets I have. I am afraid that losing the house in foreclosure would also mean losing any equity I have in the property. So, the home means a lot to me both personally and financially.

13) That's why I was relieved when I received the letter dated January 4, 2020 from my mortgage servicing company, AmeriHome Mortgage Company, LLC.

14) AmeriHome promised in that letter that it "will not initiate any foreclosure actions or proceedings…until your complete assistance package has been evaluated." It was a lot of work to gather the necessary documents and information that AmeriHome needed to before it considered my loan modification application "complete".

15) When I got home from work on Friday, January 10th, I discovered a letter in the mail from the Bullitt County Sheriff's office. The letter explained that a civil action had been filed against me, and that I needed to either come to the courthouse to pick up my summons or they would send someone out to serve me with the papers.

16) I was confused, because I have never been sued before; I wasn't sure what I was being sued for.

17) I didn't want any sheriffs coming through my door. So, after arranging with my employer to take time off work (approximately 1.5 hours), and drove to Shepherdsville to pick up the Summons on Wednesday, January 15th.

18) It was embarrassing to have to explain to my employer that I had to take time off work to go to Court to pick up a Summons.

19) Even after getting the Complaint, I was still confused.

20) I called my mortgage servicing company, AmeriHome, after receiving the foreclosure Complaint. I asked the customer service agent, "Why am I in foreclosure?" He said, "You're in foreclosure, but it's on hold because of mitigation." He also said, "We are trying to help you."

21) I also called the courthouse after picking up the Complaint and asked the clerk if I was supposed to get a lawyer. The clerk gave me the number for the Legal Aid Society.

22) I called the Legal Aid Society, and they gave me an appointment to meet with an attorney. To meet with the attorney, I had to drive to Louisville, which I don't like to do because driving downtown makes me feel lost.

23) But, I took half a day off work, drove to Louisville, and met with a lawyer at the Legal Aid Society about the foreclosure AmeriHome has filed against me in Bullitt Circuit Court.

24) The whole situation around my home loan has been very stressful, beginning with struggling with payments and gathering the documents to apply for a loan modification.

25) But, when I received the foreclosure Complaint, this situation turned into a nightmare. I feel frustrated, confused, angry, and anxious.

26) I just feel an ache in my heart and try to lean on God. But still, I feel like there's so much weight on me—like I can't move.

27) I have suffered from anxiety before. In fact, my doctor prescribes me medicines for anxiety, high blood pressure, and cholesterol. But while I've felt anxious in the past, I've never felt like this before.

28) Dealing with this foreclosure has impacted my worklife, too. A few weeks ago, after receiving the foreclosure Complaint, I had an experience where I just could not stop crying while I was at work.

29) When my friends at work asked me what was wrong, I said, "I feel like I'm having a nervous breakdown." My friends told one of my bosses what was going on and he talked with me about my problems and provided me a card for someone I could go talk with about my problems, but I haven't gone to see a professional about these feelings.

30) I worry that I'll have to miss more work as a result of the foreclosure. I know that my employer depends on me to be there every day because I'm the only one that does my job, the only one who knows how to do my job. Having to admit to my co-workers and my boss what was going on was deeply embarrassing, and I worry that it has affected their view of me.

31) In all, because of the foreclosure AmeriHome filed while my loan modification application was pending, I have taken time off work, driven places I wouldn't have otherwise driven, and spent time on the phone when I could have been doing other things. It has also caused me to feel anxious, afraid, embarrassed, confused, and angry.

32) I also know that my loan documents require me to pay costs and fees associated with a foreclosure action. For example, in addition to the foreclosure filing fee, AmeriHome's attorneys paid the Bullitt County Circuit Court Clerk a fee of $60.00 for service of the Summons and a $2.60 copy fee. *See* Exhibit A. Under the Note and Mortgage, I am responsible to pay these fees.

33) I feel it is absolutely unfair for AmeriHome to have filed a foreclosure action when I am doing everything I can to qualify for a loan modification and save my home, especially after it promised me it would take no action until it had determined my eligibility for a loan modification based on the complete loan modification application I provided them.

FURTHER THE AFFIANT SAYETH NOT.

_Ruth Ray_
Ruth Ray

STATE OF KENTUCKY          )
                           )
COUNTY OF JEFFERSON        )

Subscribed and sworn to me by Ruth Ray on this __4th__ day of March, 2020.

My commission expires on __3/23/2022__.

NOTARY PUBLIC-AT-LARGE
STATE OF KENTUCKY

EXHIBIT A

Filed      20-CI-00023   01/16/2020      Paulita Keith, Bullitt Circuit Clerk   NOT ORIGINAL DOCUMENT
03/02/2020 05:46:16 PM
91352

AOC-E-565
Ver. 11-14

Commonwealth of Kentucky
Court of Justice   Courts.ky.gov



**SUMMARY OF FUNDS COLLECTED**

Case #: **20-CI-00023**
Court:   **CIRCUIT**
County:  **BULLITT**

package : 000001 of 000027

To the Sheriff of BULLITT County:

Please be advised that the BULLITT County Circuit Clerk's office will remit the total fees listed below.

| | |
|---|---:|
| Service Fee: | $60.00 |
| Copy Fee: | $2.60 |
| Total: | $62.60 |

Party:            RUTH ANN  RAY
Package ID:       @00000207620
Payment Method:   Credit Card Preauth

eFiler:   STEPHANIE ANNE MAGUIRE
Address:  120 E FOURTH STREET, 8TH FLOOR
          CINCINNATI OH 45202
Phone:

/s/ Paulita Keith, Bullitt Circuit Clerk
Date: 01/08/2020

FILED: CI  20-CI-00023  Paulita Keith, Bullitt Circuit Clerk



           Page 1 of 1

Filed      20-CI-00023   01/16/2020           Paulita Keith, Bullitt Circuit Clerk

AOS : 000002 of 000002