# EXHIBIT 3

Filed            20-CI-00023      01/08/2020        Paulita Keith, Bullitt Circuit Clerk

NOT ORIGINAL DOCUMENT
03/03/2020 01:22:53 PM

**EXHIBIT C**

When Recorded Return To:
Cenlar FSB C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

Regarding this instrument, contact Cenlar FSB. 425 Phillips Blvd, Ewing, NJ 08618, telephone # ▓▓▓▓▓▓, which is responsible for receiving payments.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR ROYAL UNITED MORTGAGE LLC., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to AMERIHOME MORTGAGE COMPANY, LLC, WHOSE ADDRESS IS 21215 BURBANK BLVD, STE 400, WOODLAND HILLS, CA 91367 (855)501-3035, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage was executed 02/02/2019 by RUTH ANN RAY AN UNMARRIED PERSON to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR ROYAL UNITED MORTGAGE LLC., ITS SUCCESSORS AND ASSIGNS and recorded in Book M1817, Page 371 and Doc # 610644 ,in the office of the Clerk of BULLITT County, Kentucky.

Property is commonly known as: 2116 GREENBRIAR RD, MT WASHINGTON, KY 40047.

IN WITNESS WHEREOF, this Assignment is executed on 9/24/2019 (MM/DD/YYYY).
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR ROYAL UNITED MORTGAGE LLC., ITS SUCCESSORS AND ASSIGNS

By: _____
Jackelynn Medero
its VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA    COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on 9/24/2019 (MM/DD/YYYY), by Jackelynn Medero as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR ROYAL UNITED MORTGAGE LLC., ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Karin Chandias
Notary Public - State of FLORIDA
Commission expires: 07/28/2023

KARIN CHANDIAS
Notary Public - State of Florida
Commission # GG 359792
My Comm. Expires Jul 28, 2023
Bonded through National Notary Assn.

Document Prepared By: _____

DOCUMENT NO: 621891
RECORDED: October 03,2019  03:52:00 PM
TOTAL FEES:    $13.00
COUNTY CLERK: KEVIN MOONEY
DEPUTY CLERK: EMILY JOHNSON
COUNTY: BULLITT CO CLERK
BOOK: D980    PAGES: 266 - 266

BULLITT COUNTY
D980    PG266

Presiding Judge: HON. RODNEY BURRESS (655271)

COM : 000024 of 000024