EXHIBIT 4



**AMERIHOME mortgage**

NMLS ID 135776

01/04/2020

RUTH ANN RAY
2116 GREENBRIAR RD
MOUNT WASHINGTON, KY 40047

Hours of Operation
Customer Service: Monday - Friday,   8:30 AM to 10:00 PM ET
Collections Dept: Monday - Friday,   8:30 AM to 10:00 PM ET

Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to: PO Box 77423, Ewing, NJ 08628

RE: Loan Number:     0116767435
    Property Address: 2116 GREENBRIAR RD
                      MT WASHINGTON, KY 40047

Dear Borrower(s):

Thank you for submitting a Loss Mitigation Application Package. A review on 12/30/2019 determined the application is complete and no further information is needed at this time. You are entitled to certain foreclosure protections as we have received your completed application. You may also be eligible for additional protections under State or Federal law.

Your application will be reviewed by AmeriHome Mortgage Company, LLC within 30 days of 12/30/2019. Should we require further information within the designated timeframe to complete the review of your Loss Mitigation Application, you will receive a letter indicating what documentation is still needed and will be allowed 30 days to submit the requested documentation. If this occurs, the evaluation process may take longer than expected and the foreclosure protections could expire if we do not receive the requested information in a timely manner.

Once a thorough underwriting evaluation of your application has been completed, we will contact you with our decision.

We will not initiate any foreclosure actions or proceedings by sending first notice or filing first legal documents until your complete assistance package has been evaluated.

Loss mitigation options may have costs associated with them that you may be responsible for after completion of loss mitigation. Examples of these costs include title searches, appraisals and valuations. The costs may vary depending on the loan information, geographic area, etc. Please contact us for information on costs that may be associated with your loss mitigation evaluation.

If you have another mortgage secured by this property, you should consider contacting that servicer to discuss any loss mitigation options available.

Sincerely,

Loss Mitigation Department

855-501-3035

855-501-3035
www.amerihome.loanadministration.com

00012322  09SP03  00064003

Please be advised that if your loan is in a Special Flood Hazard Area (SFHA) and you are approved for a loan modification, you will be required to escrow the minimum amount of coverage required by the Flood Disaster Protection Act of 1973, as amended (42 U.S.C. 4012a). If you are approved for a loan modification, you will be required to acknowledge receipt of the Federal and any State required Flood Insurance Coverage notices. If you currently have flood insurance, there may be an increase in your flood insurance premium.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.** If you are in active bankruptcy, this notice is for informational purposes only and is not an attempt to collect a debt in violation of the bankruptcy automatic stay. Your loan will be administered in your bankruptcy case. You have no affirmative obligation to respond to this notice.

**NOTICE REGARDING DEBT DISCHARGED IN BANKRUPTCY** – This notice is for informational purposes only and is not an attempt to collect a debt for which your personal liability has been discharged in bankruptcy. You no longer have any personal liability in connection with this mortgage loan and nothing in this notice is intended to state or imply otherwise. This notice is being sent with respect to our lien interest in the mortgaged property only. Any action taken is for the sole purpose of protecting our lien interest in the mortgaged property including the right to foreclose the mortgaged property. If you wish to retain your property, you may pay the amount due under the loan. Failure to make such payments to retain your property may only result in our exercising any lien rights against the mortgaged property and will not result in any personal liability to you.

LM056 004 KCT OE V7