# EXHIBIT 5

Filed          20-CI-00023     01/16/2020          Paulita Keith, Bullitt Circuit Clerk

**NOT ORIGINAL DOCUMENT**
03/02/2020 05:46:16 PM

AOC-E-105  Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice  Courts.ky.gov

CR 4.02; Cr Official Form 1



91352
Case #: **20-CI-00023**
Court: **CIRCUIT**
County: **BULLITT**

## CIVIL SUMMONS

*Plantiff,* AMERIHOME MORTGAGE COMPANY, LLC VS. RAY, RUTH ANN, *Defendant*

TO:  RUTH ANN RAY
     SERVE: ADDRESSEE ONLY
     2116 GREENBRIAR ROAD
     MOUNT WASHINGTON, KY 40047

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*
Bullitt Circuit Clerk
Date: **1/8/2020**

### Proof of Service

This Summons was:

☑ Served by delivering a true copy and the Complaint (or other initiating document)

To: Ruth Ray  Ruth Ray

☐ Not Served because: _____

Date: 1/15, 20 20

_____ Served By
Clerk              Title

Summons ID: @00000207620 , BULLITT COUNTY SHERIFF
CIRCUIT: 20-CI-00023 Sheriff Service
AMERIHOME MORTGAGE COMPANY, LLC VS. RAY, RUTH ANN

20-CI-00023   01/16/2020   Page 1 of 1   Paulita Keith, Bullitt Circuit Clerk

eFiled

Presiding Judge: HON. RODNEY BURRESS (655271)

Filed  201910379   20-CI-00023   01/08/2020       Paulita Keith, Bullitt Circuit Clerk

NOT ORIGINAL DOCUMENT
03/03/2020 01:22:53 PM
91352

COMMONWEALTH OF KENTUCKY
BULLITT CIRCUIT COURT
DIVISION _____
CASE NO. ____-CI-__

AmeriHome Mortgage Company, LLC
c/o Cenlar FSB
FC-236
425 Phillips Boulevard
Ewing, NJ 08618

PLAINTIFF

**COMPLAINT**
Electronically Filed

**Ruth Ann Ray**
*Serve: Addressee Only*
2116 Greenbriar Road
Mt Washington, KY 40047
**SERVE BY: BULLITT COUNTY SHERIFF**
**SERVE BY: CERTIFIED MAIL**

DEFENDANTS

* * * * * * * * * * * * * * * * *

COMPLAINT

COUNT ONE

1. Plaintiff is entitled to enforce a note the original of which is in plaintiff's possession. A copy of the note is attached hereto as Exhibit A.

2. There has been a default under the terms of the note; plaintiff has performed all conditions precedent; and plaintiff has accelerated the debt.

3. There is due to plaintiff from the defendant, Ruth Ann Ray, upon the note, the sum of $124,423.24, with interest at the rate of 4.6250% per year from May 1, 2019, plus court costs, advances, and other charges as allowed by law.

Presiding Judge: HON. RODNEY BURRESS (655271)

COM : 000001 of 000024

Filed          20-CI-00023    01/08/2020        Paulita Keith, Bullitt Circuit Clerk NOT ORIGINAL DOCUMENT
                                                                                      03/03/2020 01:22:53 PM
                                                                                      91352

## COUNT TWO

4. Plaintiff incorporates the allegations of Count One and further states that the note is secured by a mortgage, a copy of which is attached hereto as Exhibit B. The mortgage is a valid first lien upon the real estate described therein.

5. The mortgage was filed for record on February 14, 2019 in Mortgage Book 1817, Page 371, of said County Clerk's Office; and was subsequently assigned to the plaintiff herein. The conditions of defeasance contained therein have been broken; plaintiff has complied with all conditions precedent; and plaintiff is entitled to have said mortgage foreclosed. A copy of said Assignment is attached hereto as Exhibit C.

6. Plaintiff further says that the real estate has improvements thereon and is indivisible for purposes of sale without materially impairing its value and the security of plaintiff's lien.

7. The terms of the note and mortgage provide that upon a default in the performance of any of the terms therein, plaintiff shall have the option to declare the entire indebtedness due, to collect same by suit and to foreclose the mortgage.

8. There has been a default in the payment terms of the note and mortgage and plaintiff hereby exercises its option to declare the entire debt secured by the mortgage due and payable and to enforce its mortgage.

WHEREFORE, plaintiff prays for judgment against defendant, Ruth Ann Ray, in the amount of $124,423.24, together with interest at the rate of 4.6250% per year from May 1, 2019, and as adjusted after that date pursuant to the terms of the note, if applicable, plus court costs, advances, and other charges, including a reasonable attorney fee as allowed by law; that plaintiff's mortgage be adjudged a valid first lien upon the real estate described herein, and that said mortgage be foreclosed; and that said real property be ordered sold and that plaintiff be paid out of the proceeds of such judicial sale; and for

Filed          20-CI-00023    01/08/2020        Paulita Keith, Bullitt Circuit Clerk

Presiding Judge: HON. RODNEY BURRESS (655271)
COM : 000002 of 000024

Filed          20-CI-00023    01/08/2020        Paulita Keith, Bullitt Circuit Clerk

NOT ORIGINAL DOCUMENT
03/03/2020 01:22:53 PM
91352

such other relief, legal and equitable as may be proper and necessary; and that all the other defendants herein be required to set up their liens or interests in said real estate or be forever barred from asserting the same.

/s/ Stephanie A. Maguire

---

Stephanie A. Maguire (90867)
Lori R. Leach (87692)
Kerri N. Bruckner (89223)
David E. Johnson (87536)
Richard Mark Rothfuss II (89961)
Melissa J. Whalen (87195)
Attorneys for AmeriHome Mortgage Company, LLC
LERNER, SAMPSON & ROTHFUSS
Attorneys for Plaintiff
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
Fax (513) 241-4094 Fax
(877) 661-7891 Toll Free Fax
attyemail@lsrlaw.com

Presiding Judge: HON. RODNEY BURRESS (655271)

COM : 000003 of 000024

Filed          20-CI-00023    01/08/2020        Paulita Keith, Bullitt Circuit Clerk